```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13994
   DERRICK R STEWART
   ANDREA M STEWART                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-0478     SSN XXX-XX-1248

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 12/12/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
---------------------------------------------------------------------------
CREDIT PROTECTION ASSOCI  UNSECURED       NOT FILED          .00          .00
FIRST CREDIT CORP         UNSECURED       NOT FILED          .00          .00
CITY OF CHICAGO           UNSECURED       NOT FILED          .00          .00
CITY OF CHICAGO PARKING   NOTICE ONLY     NOT FILED          .00          .00
FORD MOTOR COMPANY        NOTICE ONLY     NOT FILED          .00          .00
FORD MOTOR CREDIT         SECURED VEHIC    2000.00           .00       259.08
FORD MOTOR CREDIT         NOTICE ONLY     NOT FILED          .00          .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED          .00          .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED          .00          .00
DISTRICT DIRECTOR         NOTICE ONLY     NOT FILED          .00          .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED          .00          .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00          .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00          .00
ISAC                      UNSECURED        8286.58           .00          .00
SECRETARY OF STATE        NOTICE ONLY     NOT FILED          .00          .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00          .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   11000.00           .00          .00
FIRST CREDIT CORP         SECURED           250.00           .00        20.82
FIRST CREDIT CORP         UNSECURED        1392.62           .00          .00
FORD MOTOR CREDIT         UNSECURED         890.27           .00          .00
CITY OF CHICAGO           UNSECURED       NOT FILED          .00          .00
GENESIS CLINICAL LABORAT  UNSECURED       NOT FILED          .00          .00
GENESIS CLINICAL LABORAT  UNSECURED       NOT FILED          .00          .00
GENESIS CLINICAL LABORAT  UNSECURED       NOT FILED          .00          .00
MACNEAL HEALTH NETWORK    UNSECURED       NOT FILED          .00          .00
MACNEAL HOSPITAL          UNSECURED       NOT FILED          .00          .00
MACNEAL HOSPITAL          NOTICE ONLY     NOT FILED          .00          .00
MAYWOOD DENTAL ASSOC      UNSECURED       NOT FILED          .00          .00
MAYWOOD DENTAL ASSOC      UNSECURED       NOT FILED          .00          .00
MAYWOOD DENTAL ASSOC      UNSECURED       NOT FILED          .00          .00
METRO ADVANCED RADIO SER  UNSECURED       NOT FILED          .00          .00
SHELL                     UNSECURED       NOT FILED          .00          .00
SILVERLEAF                UNSECURED       NOT FILED          .00          .00
SOUNDLAND SPIRIT          UNSECURED       NOT FILED          .00          .00
SPRINT PCS                UNSECURED       NOT FILED          .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13994 DERRICK R STEWART & ANDREA M STEWART
```

```
SST CARD SERVICE            UNSECURED        NOT FILED              .00              .00
SYSTEMS & SERVICES TECH     UNSECURED        NOT FILED              .00              .00
T MOBILE                    UNSECURED        NOT FILED              .00              .00
T MOBILE                    UNSECURED        NOT FILED              .00              .00
LEADING MAN CLOTHES         UNSECURED        NOT FILED              .00              .00
ECAST SETTLEMENT CORP       UNSECURED           338.23              .00              .00
CERTGY                      UNSECURED           760.16              .00              .00
MELVIN J KAPLAN             DEBTOR ATTY       2,405.00                          1,970.49
TOM VAUGHN                  TRUSTEE                                               154.61
DEBTOR REFUND               REFUND                                                    .00

        Summary of Receipts and Disbursements:
    ----------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
    ----------------------------------------------------------------------
TRUSTEE                     2,405.00

PRIORITY                                                 .00
SECURED                                               279.90
UNSECURED                                                .00
ADMINISTRATIVE                                      1,970.49
TRUSTEE COMPENSATION                                  154.61
DEBTOR REFUND                                            .00
                           ---------------    ---------------
TOTALS                      2,405.00              2,405.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE